FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0673

# IN THE SUPREME COURT OF THE STATE OF MONTANA

CASCADE COUNTY,

      Appellant/Cross-Appellee,

vs.

MONTANA PETROLEUM TANK
RELEASE COMPENSATION
BOARD,

      Appellee/Cross-Appellant.

**Case No. DA 19-0673**

**ORDER**

Appellee/Cross-Appellant Montana Petroleum Tank Release Compensation Board filed an *Unopposed Motion for Extension of Time* within which to file Appellee's Answer and Cross-Appellant's Opening Briefs, and good cause appearing therefor;

IT IS HEREBY ORDERED that said motion is GRANTED. Appellee Answer Brief and Cross-Appellant's Opening Brief are due June 25, 2020.

Electronically Signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 19 2020

ORDER
PAGE 1